JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 846 -- In re The Dime Savings of New York, F.S.B. Securities Litigation (No. II)

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/03/26 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- filed by pltf. Eli Esses for transfer of action w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: E.D. NEW YORK -- SUGGESTED TRANSFEREE JUDGE: Honorable Joseph McLaughlin (SEE MDL-838) (ds) |
| 90/04/04 | | LETTER -- (with additional parts to Exhibit O) -- Signed by Kevin Yourman, counsel for Eli Esses (dated 4/3/90) -- attached to pldg. #1 -- w/Exhibit O and cert. of svc. (received 4/4/90) (rh) |
| 90/04/05 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Defts. The Dime Savings Bank of New York, F.S.B.; Harry W. Albright, Jr.; Richard D. Parsons and Dennis E. Stark -- GRANTED TO AND INCLUDING APRIL 20, 1990 -- Notified involved counsel (received 4/5/90) (rh) |
| 90/04/06 | | APPEARANCES: STUART D. WECHSLER, ESQ. for William Steiner; JULES BRODY, ESQ. for Eli Esses; JOSEPH J. TABACCO, JR., ESQ. for Sydney Taylor and BLAIR AXEL, ESQ. for The Dime Savings Bank of New York, F.S.B., Harry W. Albright, Richard D. Parsons, Dennis E. Stark (rh) |
| 90/04/09 | | HEARING ORDER -- setting motion to transfer for Panel Hearing in Sioux Falls, South Dakota on May 31, 1990 -- notified involved judges, clerks and counsel (cds) |
| 90/04/13 | 3 | RESPONSE -- (to pldg. #1) Filed by pltfs. William Steiner, etc. and Sidney Taylor, etc. -- (filed accordance to rule 10(h)) -- w/cert. of svc. (received 4/13/90) (rh) |
| 90/04/19 | 4 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- submitted by all defendants -- GRANTED TO DEFENDANTS TO AND INCLUDING APRIL 26, 1990 (cds) |
| 90/04/20 | | APPEARANCE: RICHARD D. GREENFIELD, ESQ. for Three Bridges Investment Group, Elliot J. Mermelstein and Emilio Lo Priore (rh) |
| 90/04/20 | 5 | RESPONSE -- (to pldg. #1) Filed by Three Bridges Investment Group, Elliott J. Mermelstein and Emilio Lo Priore -- w/Letter (Attached to Official File Copy) ask that Response be accept for filing (OK to File) and cert. of svc. (received 4/20/90) (rh) |

846    In re Dime Savings ~~Bank~~ of New York, F.S.B. Securities Lit.

| Date | No. | Entry |
|---|---|---|
| 90/04/26 | 6 | RESPONSE/AFFIDAVIT OF DOUGLAS E. BARZELAY -- Filed by Defts. The Dime Savings Bank of New York, F.S.B., Harry W. Albright, Richard D. Parsons and Dennis E. Stark -- w/**Exhibits A-E** and cert. of svc. (received 4/26/90) (rh) |
| 90/05/07 | 7 | LETTER w/Affidavit of Kevin J. Yourman, Esq., co-counsel for pltf. Eli Esses (requesting limited expedited discovery) -- w/Exhibits A-I, and cert. of service (cds) |
| 90/05/11 | 8 | AFFADAVIT OF BLAIR AXEL (re pldg. #7), w/EXHIBITS 1 AND 2; SUPPLEMENTAL AFFIDAVIT OF DOUGLAS E. BARZELAY (re pldg. #7), w/EXHIBIT A -- w/cert. of service (cds) |
| 90/05/30 | | WAIVERS OF ORAL ARGUMENT -- All parties waived oral argument (ds) |
| 90/06/01 | 9 | NOTICE OF RELATED ACTION -- filed by defts. Harry W. Albright, Jr., Richard D. Parsons, Dennis E. Stark and The Dime Savings of New York, FSB w/cert. of svc. (**Jerome M. Shusman, etc. v. Dennis E. Stark, et al., S.D. New York, C.A. No. 90-3190**) (ds) |
| 90/06/07 | 10 | AFFIDAVIT OF SANDY A. LIEBHARD, counsel for pltf. Eli Esses -- w/Exhibits A-G and cert. of service (cds) |
| 90/06/21 | 11 | SUPPLEMENTAL AFFIDAVIT OF DAVID TOTARO w/cert. of svc. (ds) |
| 90/07/10 | | CONSENT OF TRANSFEREE COURT -- for assignment of litigation to the Honorable Jacob Mishler, Eastern District of New York (cds) |
| 90/07/10 | | TRANSFER ORDER -- transferring A-1, A- and A-6 to the Eastern District of New York before the Honorable Jacob Mishler -- notified involved judges, clerks, counsel and miscellaneous recipients (cds) |
| 90/07/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-7 Jerome M. Shusman, etc. v. Dennis E. Stark, et al., S.D. New York, C.A. No. 90-CIV-3190 -- Notified involved counsel and judges. (sg) |
| 90/08/13 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- B-7 Jerome M. Shusman, etc. v. Dennnis E. Stark, et al., S.D. New York, C.A. No. 90-CIV-3190 -- notified involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

**DOCKET NO. 846 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**CAPTION:** IN RE THE DIME SAVINGS OF NEW YORK, F.S.B. SECURITIES LITIGATION (No. II)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| May 31, 1990 | July 10, 1990 | T.O. | Unpublished | E.D. New York | Jacob Mishler | |

### Special Transferee Information

DATE CLOSED: _____

JPML FORM 1                                     LISTING OF INVOLVED ACTIONS

DOCKET NO. 846 -- In re The Dime Savings of New York, F.S.B. Securities Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Three Bridges Investment Group, etc. v. The Dime Savings Bank of New York, F.S.B., et al. | N.Y.,S. McLaughlin | CV-89-2189 | 7/10/90 | 90CV2893 | | |
| A-2 | Sidney Taylor, etc. v. Dime Savings Bank of New York, F.S.B., et al. | N.Y.,E. Mischler McLaughlin | CV-89-4270 | | | | |
| A-3 | Eli Esses v. The Dime Savings Bank of New York, F.S.B., et al. | N.Y.,E. Spatt McLaughlin | CV-89-4304 | | | | |
| A-4 | William Steiner, etc. v. Dime Savings Bank of New York, F.S.B., et al. | N.Y.,E. Mischler McLaughlin | CV-89-4311 | | | | |
| A-5 | Emilio Lo Priore, etc. v. The Dime Savings Bank of New York, F.S.B., et al. | N.Y.,S. McLaughlin Wood | CV-90-547 | 7/10/90 | 90CV2894 | | |
| A-6 | Elliot J. Mermelstein, etc. The Dime Savings Bank of New York, F.S.B., et al. | N.Y.,S. Wood | 89-Civ-8167 | 7/10/90 | 90CV2892 | 5/26/91 | |
| B-7 | Jerome M. Shusman, etc. v. Dennis E. Stark, et al. | N.Y.,S. Wood | 90-CIV-3190 | 8/13/90 | 90CV2895 | 6/26/91 | |

7/26/90

July 1992 - 2 Dism./5 Pending
- stipulation expected

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 846 -- In re The Dime Savings of New York, F.S.B. Securities Litigation (No. II)

---

THREE BRIDGES INVESTMENT GROUP, ETC. (A-1)
EMILIO LO PRIORE, ETC. (A-5)
ELLIOTT J. MERMELSTEIN, ETC. (A-6)
Richard D. Greenfield, Esq.
Greenfield & Chimicles
One Haverford Centre
Haverford, Pennsylvania 19041-0100

*[handwritten: Plffs lead counsel]*

SYDNEY TAYLOR, ETC. (A-2)
Joseph J. Tabacco, Jr., Esq.
Stamell, Tabacco & Schager
555 Madison Ave., Suite 600
New York, New York 10022

ELI ESSES (A-3)
Jules Brody, Esq.
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, New York 10017

*[handwritten: Plffs lead counsel]*

WILLIAM STEINER, ETC. (A-4)
Stuart D. Wechsler, Esq.
Wechsler, Skirnick, Harwood,
  Halebian & Feffer
555 Madison Avenue
New York, New York 10022

---

HARRY W. ALBRIGHT, JR.
RICHARD D. PARSONS
DENNIS E. STARK
THE DIME SAVINGS OF NEW YORK, FSB
Blair Axel, Esq.
Patterson, Belknap, Webb & Tyler
30 Rockefeller Plaza
New York, New York 10112

JEROME M. SHUSMAN, ETC. (B-1)
Stanley D. Bernstein, Esq
Kreindler & Kreindler
100 Park Ave.
New York, New York 10017


Bernard M. Gross, Esq.
Deborah R. Gross, Esq.
Gross & Metzger
6th Floor, 1500 Walnut Street
Philadelphia, PA. 19102

*[handwritten: perspective derivative counsel]*

JPML FORM 3

p. __1__

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __846__ -- In re The Dime Savings of New York, F.S.B. Securities Litigation (No. II)

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Dime Savings Bank of New York, F.S.B. | A-1 thru A-6 B-7 |
| Harry W. Albright, Jr. | A-1 thru A-6 B-7 |
| Richard D. Parsons | A-1 thru A-6 B-7 |
| Dennis E. Stark | A-1, A-5, A-6 B-7 |