JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 846

JUL 10 1990

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE DIME SAVINGS OF NEW YORK, FSB, SECURITIES LITIGATION (NO. II)

TRANSFER ORDER

This litigation consists of six actions pending in two districts as follows: three actions each in the Eastern and Southern Districts of New York.[1] Before the Panel are motions, pursuant to 28 U.S.C. §1407, by plaintiffs in the three Eastern District of New York actions seeking centralization of the six actions in the Eastern District of New York for coordinated or consolidated pretrial proceedings. Plaintiffs in the three Southern District of New York actions do not oppose centralization, but they favor selection of the Southern, rather than Eastern, District of New York as transferee forum. Defendants ask the Panel to deny transfer or defer its decision. In the event the Panel does not accede to this request, then defendants would favor centralization in the Southern District of New York.

On the basis of the papers filed,[2] the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. No party disputes that all six actions raise nearly identical allegations of conduct of defendants resulting in i) the deliberate understatement of the loan loss reserves of The Dime Savings Bank of New York, FSB (Dime), and ii) the purchase of Dime securities by an unsuspecting public at materially inflated prices. Centralization is thus necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings (especially with respect to class action determinations), and conserve the resources of the parties, their counsel and the judiciary. We find defendants' arguments for denial or deferral of transfer (pending rulings on 28 U.S.C. §1404 transfer motions in the Eastern District of New York) unconvincing. We note that such motions are well within the powers of the transferee judge to address any time prior to the conclusion of centralized pretrial proceedings.



_____

[1] The moving papers before the Panel did not reflect the March 6, 1990 stipulated transfer under 28 U.S.C. §1404 of two actions that had been pending in the Eastern District of New York to the Southern District of New York.

[2] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).



-2-

     Respective advocates of the two suggested transferee districts
have strongly disputed whether defendant Dime maintains its principal
place of business in the Eastern or Southern District of New York.
Suffice it to say that either of the adjoining districts would be an
appropriate forum for this litigation.  In selecting the Eastern
District of New York as the transferee forum, we note that 1) five of
the six actions were originally filed there; and 2) the Eastern
District of New York is the district with a judge familiar with the
issues in this litigation whose docket conditions enhance the
prospects for the expeditious resolution of pretrial proceedings in
this docket.

     IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the
actions listed on the attached Schedule A and pending in the Southern
District of New York be, and the same hereby are, transferred to the
Eastern District of New York and, with the consent of that court,
assigned to the Honorable Jacob Mishler for coordinated or consoli-
dated pretrial proceedings with the actions pending in that district
and listed on Schedule A.

                                   FOR THE PANEL:

                                   Robert H. Schnacke
                                   Judge of the Panel

SCHEDULE A

MDL-846 -- In re Dime Savings of New York, FSB, Securities Litigation
          (No. II)

Southern District of New York

Elliot J. Mermelstein, etc. The Dime Savings Bank of New
    York, F.S.B., et al., C.A. No. 89-Civ-8167
Three Bridges Investment Group, etc. v. The Dime Savings
    Bank of New York, F.S.B., et al., C.A. No. 90-CIV-3602
Emilio Lo Priore, etc. v. The Dime Savings Bank of New
    York, F.S.B., et al., C.A. No. 90-CIV-3601

Eastern District of New York

Sidney Taylor, etc. v. Dime Savings Bank of New York,
    F.S.B., et al., C.A. No. CV-89-4270
Eli Esses v. The Dime Savings Bank of New York, F.S.B., et
    al., C.A. No. CV-89-4304
William Steiner, etc. v. Dime Savings Bank of New York,
    F.S.B., et al., C.A. No. CV-89-4311

